Barry R. Wegman (Bar No. 127356)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Telephone: (818) 507-6000
Facsimile: (818) 507-6800

Attorneys for Defendant Mehran Shahverdi

FILED & ENTERED

JUL 02 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY williams DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO DIVISION**

| | |
|---|---|
| In re:<br>**MEHRAN SHAHVERDI,**<br>      Debtor.<br><br>**WILLIAM HABLINSKI ARCHITECTURE,**<br>a California partnership,<br>      Plaintiffs,<br>vs.<br>**MEHRAN SHAHVERDI,**<br>      Defendant. | Case No. 1:08-bk-20205 MT<br><br>Chapter 13<br><br>Adv Case No. 1:09-ap-01119 MT<br><br>**ORDER ON MOTION TO DISMISS**<br><br>Date: June 24, 2009<br>Time: 11:00 a.m.<br>Ctrm: 302 |

    The motion of Defendant Mehran Shahverdi to dismiss the Complaint of Plaintiff William Hablinski Architecture came on for hearing at the date, time and place set forth above. At the time of the hearing, the parties had advised the Court that they would not appear and would submit on the tentative.

    After consideration of the moving and responding papers and good cause appearing therefore:

///

IT IS HEREBY ORDERED:

1. The tentative ruling is adopted as the Court's decision;
2. The motion is hereby granted as to each Cause of Action, except the Fifteenth and Sixteenth Causes of Action;
3. Defendant will file an Answer to the Complaint within 20 days of entry of this Order.

# # #

DATED: July 2, 2009

_____
United States Bankruptcy Judge

| In re:<br>Mehran Shahverdi | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-ap-01119 MT |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

206 N. Jackson Street, Suite 201
Glendale, CA 91206

A true and correct copy of the foregoing document described **ORDER ON MOTION TO DISMISS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **6/29/09** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

John D. Faucher                          Honorable Maureen A. Tighe
Hurlbett & Faucher                       United States Bankruptcy Court
3324 State Street, Suite O               21041 Burbank Boulevard, Suite 325
Santa Barbara, CA 93105                  Woodland Hills, CA 91367

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Malissa Murguia | | /s/Malissa Murguia |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re:<br>Mehran Shahverdi | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-ap-01119 MT |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER ON MOTION TO DISMISS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **4/30/09**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

Barry Wegman: barrywegman@tilemlaw.com; malissamurguia@tilemlaw.com; marcycarman@tilemlaw.com

John Faucher: john@hf-bklaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 325
Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page